IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FROYLAN DOMINGUEZ-AGUIRRE, §<br>    #56254-177 §<br> §<br>VS. §<br> §<br> §<br>UNITED STATES OF AMERICA §  | CIVIL ACTION NO. 4:22cv818<br>CRIMINAL ACTION NO. 4:17cr203(24) |

### ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #13) recommending that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 19th day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation (Dkt. #13) was returned as undeliverable on October 9, 2024, and marked, "Return to Sender-Not Deliverable as Addressed-Unable to Forward." (Dkt. #14). Movant has not updated his address with the Court.